RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/18/14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT HALL | DOCKET NO. 1:14-CV-428; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CAPTAIN MCFARLAND, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

<u>REPORT AND RECOMMENDATION</u>

Pro se plaintiff Robert Hall, proceeding in forma pauperis, filed the instant civil rights complaint pursuant to 42 U.S.C. §1983. Plaintiff is incarcerated at the Winn Correctional Center in Winnfield, Louisiana. He claims that he was the victim of excessive force when pepper spray intended for another inmate was sprayed into his cell. He also claims that he was denied adequate medical care following the incident.

This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of the Court.

On May 12, 2014, Plaintiff was ordered to amend his petition to cure the deficiencies outlined in the memorandum order [Doc. #9], and alternatively, dismiss any defendants against whom the deficiency cannot be cured. The deadline within in which to comply with the amend order was June 11, 2014. The deadline has passed and, as of the date of this order, Plaintiff has failed to amend his complaint as instructed.

*Law and Analysis*

Federal Rule of Civil Procedure Rule (FRCP) 41(b) permits

dismissal of claims "[i]f the plaintiff fails to prosecute or to comply with ... a court order...." The district court also has the inherent authority to dismiss an action sua sponte, without motion by a defendant. See <u>Link v. Wabash R.R.Co.</u>, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." <u>McCullough v. Lynaugh</u>, 835 F.2d 1126, 1127 (5th Cir. 1988). Over one month has passed since the June 11th deadline, and Plaintiff has still failed to comply with the Court's order to amend his complaint.

**THEREFORE, IT IS RECOMMENDED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with FRCP 41(b).

*Objections*

Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs or responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be

considered by the district judge before he makes his final ruling.

FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this ___ day of July, 2014.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE